**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:  Chestnut Street Investments, Inc. D/B/A In a Pigs  Debtor, | Chapter: 11  Case No: 13–12448  Judge William C. Hillman |

**NOTICE OF DISMISSAL**

You are hereby notified that an Order Dismissing the above **Chestnut Street Investments, Inc. D/B/A In a Pigs** was entered on 5/24/13 .

Date:12/26/13                                                                                                      By the Court,

                                                                                                                                 Jonathan Silva
                                                                                                                                 Deputy Clerk
                                                                                                                                 617–748–5334

53